DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT MCCORMICK,**
Appellant,

v.

**PROGRESSIVE SELECT INSURANCE COMPANY,**
Appellee.

No. 4D21-1166

[March 10, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2020-CA-006798-XXXX-MB AN.

David M. Russell of Pappas & Russell, P.A., Daytona Beach, for appellant.

Stuart J. Freeman of Freeman, Goldis & Cash, P.A., St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***